# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | § | Case No. 12-32902-DSO |
| | § | |
| JERROLD E. BARTHOLOMEW | § | |
| JENNIFER S. BARTHOLOMEW | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 0 of the United States Bankruptcy Code was filed on 07/11/2012. The case was converted to one under Chapter 7 on 12/10/2012. The undersigned trustee was appointed on 07/11/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $14,961.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $2,455.50 |
    | Bank service fees | $130.80 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $12,374.70 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/03/2013 and the deadline for filing government claims was 09/03/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,246.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,246.10, for a total compensation of $2,246.10[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $62.22, for total expenses of $62.22.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/23/2014          By:  /s/ Collene K. Corcoran
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| Case No.: | 12-32902-DSO | Trustee Name: Collene K. Corcoran |
| Case Name: | BARTHOLOMEW, JERROLD E. AND BARTHOLOMEW, JENNIF | Date Filed (f) or Converted (c): 12/10/2012 (c) |
| For the Period Ending: | 1/23/2014 | §341(a) Meeting Date: 01/07/2013 |
| | | Claims Bar Date: 09/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 105 Grove Avenue, Imlay City, MI 48444 | $71,000.00 | $0.00 | | $0.00 | FA |
| 2 | Escrow Account with Mortgage Lender | $0.00 | $0.00 | | $0.00 | FA |
| 3 | PNC Bank Checking | $20,185.27 | $0.00 | | $0.00 | FA |
| 4 | Household Furniture, linen, utensils, misc applicances | $5,000.00 | $0.00 | | $0.00 | FA |
| 5 | Misc books, pictures | $2,000.00 | $0.00 | | $0.00 | FA |
| 6 | Law Books | $2,000.00 | $0.00 | | $0.00 | FA |
| 7 | Misc Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | Wedding Ring-H | $400.00 | $0.00 | | $0.00 | FA |
| 9 | Wedding Set-Wife | $1,500.00 | $0.00 | | $0.00 | FA |
| 10 | Misc costume jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 11 | 12 gauge shotgun | $50.00 | $0.00 | | $0.00 | FA |
| 12 | Children's shotgun | $50.00 | $0.00 | | $0.00 | FA |
| 13 | GOLF CLUBS | $50.00 | $0.00 | | $0.00 | FA |
| 14 | Term Life Insurance | $0.00 | $0.00 | | $0.00 | FA |
| 15 | PNC Bank IRA | $80.00 | $0.00 | | $0.00 | FA |
| 16 | Scottrade IRA | $1,000.00 | $0.00 | | $0.00 | FA |
| 17 | Jerrold E. Bartholomew Esq PLC | $0.00 | $0.00 | | $0.00 | FA |
| 18 | St. Benedict Integrated Study LLC | $1.00 | $0.00 | | $0.00 | FA |
| 19 | St Benedict Classical Homeschool Program | $0.00 | $0.00 | | $0.00 | FA |
| 20 | 2007 Ford Focus | $1,800.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | DEBTORS ORIGINAL SCHEDULES LISTED VEHICLE AS A 2005 FORD FOCUS | | | | | |
| 21 | 2005 Ford E150 Passenger | $5,400.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | DEBTOR'S ORIGINAL SCHEDULES LISTED VEHICLE AS A 2004 FORD E150 PASSANGER | | | | | |
| 22 | 2008 Income Tax Refund | $4,834.18 | $0.00 | | $0.00 | FA |
| 23 | 1999 Chevy Suburban | $500.00 | $0.00 | | $0.00 | FA |
| 24 | 2 domestic dogs and 1 domestic cat | $3.00 | $0.00 | | $0.00 | FA |
| 25 | Woodworking Tools | $50.00 | $0.00 | | $0.00 | FA |
| 26 | Uncashed check from St. Benedict | $4,334.00 | $1,817.00 | | $1,817.00 | FA |
| 27 | 2009 TAX REFUNDS (u) | $0.00 | $0.00 | | $0.00 | FA |
| 28 | 2010 TAX REFUNDS (u) | $0.00 | $0.00 | | $0.00 | FA |
| 29 | 2011 TAX REFUNDS (u) | $0.00 | $7,961.00 | | $7,961.00 | FA |
| 30 | 2012 TAX REFUNDS (u) | $0.00 | $5,183.00 | | $5,183.00 | FA |
| 31 | DUPLICATE OF #26 ABOVE | $0.00 | $0.00 | | $0.00 | FA |
| 32 | QUALIFIED TDA WITH TIAA CREDD - W (u) | $5,153.36 | $0.00 | | $0.00 | FA |
| 33 | QUALIFIED TDA WITH TIAA CRED- H (u) | $4,595.53 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 12-32902-DSO | **Trustee Name:** Collene K. Corcoran |
| **Case Name:** | BARTHOLOMEW, JERROLD E. AND BARTHOLOMEW, JENNIF | **Date Filed (f) or Converted (c):** 12/10/2012 (c) |
| **For the Period Ending:** | 1/23/2014 | **§341(a) Meeting Date:** 01/07/2013 |
| | | **Claims Bar Date:** 09/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$131,486.34    $14,961.00    $14,961.00    $0.00

**Major Activities affecting case closing:**
  TFR

**Initial Projected Date Of Final Report (TFR):** 04/30/2015
**Current Projected Date Of Final Report (TFR):** 01/23/2014

/s/ COLLENE K. CORCORAN
_____
COLLENE K. CORCORAN

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1
Exhibit B

| Case No. | 12-32902-DSO | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|
| Case Name: | BARTHOLOMEW, JERROLD E. AND BARTHOLOMEW, JENNIFER S. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3546 | Checking Acct #: | ******0808 |
| Co-Debtor Taxpayer ID #: | **-***3547 | Account Title: | |
| For Period Beginning: | 7/11/2012 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 1/23/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/04/2013 | (29) | UNITED STATES TREASURY | 2011 TAX REFUND - PER ORDER DATED 10/23/13 | 1224-000 | $7,961.00 | | $7,961.00 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.36 | $7,950.64 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.82 | $7,937.82 |
| 08/12/2013 | (30) | UNITED STATES TREASURY | 2012 TAX REFUND - PER ORDER DATED 10/23/13 | 1224-000 | $4,920.00 | | $12,857.82 |
| 08/20/2013 | | JERROLD BARTHOLOMEW | PER ORDER DATED 10/23/13 | * | $2,080.00 | | $14,937.82 |
| | {30} | | $263.00 | 1224-000 | | | $14,937.82 |
| | {26} | | $1,817.00 | 1121-000 | | | $14,937.82 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.48 | $14,919.34 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.29 | $14,896.05 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.03 | $14,872.02 |
| 11/19/2013 | 1001 | COLLENE K. CORCORAN | ATTORNEY FOR TRUSTEE FEES - PER ORDER DATED 11/18/13 | 3110-000 | | $2,425.00 | $12,447.02 |
| 11/19/2013 | 1002 | COLLENE K. CORCORAN | ATTORNEY FOR TRUSTEE EXPENSES - PER ORDER DATED 11/18/13 | 3120-000 | | $30.50 | $12,416.52 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $21.82 | $12,394.70 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $20.00 | $12,374.70 |
| | | | **TOTALS:** | | $14,961.00 | $2,586.30 | $12,374.70 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $14,961.00 | $2,586.30 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $14,961.00 | $2,586.30 | |

| For the period of 7/11/2012 to 1/23/2014 | | For the entire history of the account between 06/04/2013 to 1/23/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $14,961.00 | Total Compensable Receipts: | $14,961.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,961.00 | Total Comp/Non Comp Receipts: | $14,961.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,586.30 | Total Compensable Disbursements: | $2,586.30 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,586.30 | Total Comp/Non Comp Disbursements: | $2,586.30 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 12-32902-DSO |
| **Case Name:** | BARTHOLOMEW, JERROLD E. AND BARTHOLOMEW, JENNIFER S. |
| **Primary Taxpayer ID #:** | **-***3546 |
| **Co-Debtor Taxpayer ID #:** | **-***3547 |
| **For Period Beginning:** | 7/11/2012 |
| **For Period Ending:** | 1/23/2014 |

| | |
|---|---|
| **Trustee Name:** | Collene K. Corcoran |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0808 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $14,961.00 | $2,586.30 | $12,374.70 |

**For the period of 7/11/2012 to 1/23/2014**

| | |
|---|---|
| Total Compensable Receipts: | $14,961.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,961.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,586.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,586.30 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/10/2012 to 1/23/2014**

| | |
|---|---|
| Total Compensable Receipts: | $14,961.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,961.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,586.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,586.30 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 12-32902-DSO | | | | | | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BARTHOLOMEW, JERROLD E. AND BARTHOLOMEW, JENNIFER S. | | | | | | | Date: | 1/23/2014 |
| Claims Bar Date: | 09/03/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
|  | COLLENE K. CORCORAN  P.O. Box 535  Oxford MI 48371 | Trustee Compensation | Allowed | 2100-000 | $2,246.10 | $0.00 | $0.00 | $0.00 | $2,246.10 |
|  | COLLENE K. CORCORAN  P.O. Box 535  Oxford MI 48371 | Trustee Expenses | Allowed | 2200-000 | $62.22 | $0.00 | $0.00 | $0.00 | $62.22 |
|  | GUY T. CONTI  2002 HOGBACK ROAD SUITE 11  ANN ARBOR MI 48105 | Other Professional Expenses (Prior | Allowed | 6710-000 | $90.69 | $0.00 | $0.00 | $0.00 | $90.69 |
|  | GUY T. CONTI  CONILEGAL 2002 HOGBACK ROAD SUITE 11  ANN ARBOR MI 48105 | Other Professional Fees (Prior Chap | Allowed | 6700-000 | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| 2 | HUNTINGTON NATL BK  Po Box 89424  Cleveland OH 44101 | Real Estate - Consensual Liens | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** TRUSTEE DID NOT ADMINISTER THE ASSET IN WHICH CREDITOR ASSERTS A SECURITY INTEREST - CLAIM WILL NOT BE PAID - IN RE: PADGETT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12 | BANK OF AMERICA,N.A.  P.O.Box 660933  Dallas TX 75266-0933 | Real Estate - Consensual Liens | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** TRUSTEE DID NOT ADMINISTER THE ASSET IN WHICH CREDITOR ASSERTS A SECURITY INTEREST - CLAIM WILL NOT BE PAID - IN RE: PADGETT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK  DB Servicing Corporation PO Box 3025 #XXX2612 New Albany OH 43054-3025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $11,074.39 | $0.00 | $0.00 | $0.00 | $11,074.39 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | 12-32902-DSO | | | | | | | **Trustee Name:** | Collene K. Corcoran |
| **Case Name:** | BARTHOLOMEW, JERROLD E. AND BARTHOLOMEW, JENNIFER S. | | | | | | | **Date:** | 1/23/2014 |
| **Claims Bar Date:** | 09/03/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | BACK BOWL I LLC, SERIES C<br><br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>#XXX8049<br>SEATTLE WA 98121 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $7,013.67 | $0.00 | $0.00 | $0.00 | $7,013.67 |
| 4 | ACCESS GROUP INC<br><br>5500 Brandywine Pkwy<br>#XXX5594<br>Wilmington DE 19803 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $11,671.48 | $0.00 | $0.00 | $0.00 | $11,671.48 |
| 5 | ECMC<br><br>PO BOX 75906<br>#XXX5459<br>ST. PAUL MN 55175 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $103,391.84 | $0.00 | $0.00 | $0.00 | $103,391.84 |
| 6 | AMERICAN EXPRESS CENTURION BANK<br><br>c/o Becket and Lee LLP<br>POB 3001<br>#XXX1008<br>Malvern PA 19355-0701 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,784.46 | $0.00 | $0.00 | $0.00 | $1,784.46 |
| 7 | BRAZOS STUDENT FINANCE CORPORATION<br>2600 Washington Avenue<br>Waco TX 76710 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $19,966.69 | $0.00 | $0.00 | $0.00 | $19,966.69 |
| 8 | ECMC<br><br>PO BOX 75906<br>#XXX0119<br>ST. PAUL MN 55175 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $54,787.33 | $0.00 | $0.00 | $0.00 | $54,787.33 |
| 9 | THE BUSINESS DOCTOR CPA PC<br><br>James R. Waldvogel<br>P.o. Box 160<br>Royal Oak MI 48068-0160 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $4,650.91 | $0.00 | $0.00 | $0.00 | $4,650.91 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO Box 12914<br>#XXX5906<br>Norfolk VA 23541 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $7,926.73 | $0.00 | $0.00 | $0.00 | $7,926.73 |

| Case No. | 12-32902-DSO | | | | | | | | Trustee Name: Collene K. Corcoran |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BARTHOLOMEW, JERROLD E. AND BARTHOLOMEW, JENNIFER S. | | | | | | | | Date: 1/23/2014 |
| Claims Bar Date: | 09/03/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO Box 12914<br>#xxx2193<br>Norfolk VA 23541 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,298.46 | $0.00 | $0.00 | $0.00 | $3,298.46 |
| 13 | ACCESS GROUP, INC.<br><br>10 North High Street<br>Suite 400<br>West Chester PA 19380 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOWED PER ORDER DATED 1/16/14 | | | | | | | | |
| 14 | ROBERT SHEA<br><br>116 Twelfth Street<br>Imlay City MI 48444 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $18,212.00 | $0.00 | $0.00 | $0.00 | $18,212.00 |
| | | | | | **$249,176.97** | **$0.00** | **$0.00** | **$0.00** | **$249,176.97** |

| Case No. | 12-32902-DSO | Trustee Name: Collene K. Corcoran |
| Case Name: | BARTHOLOMEW, JERROLD E. AND BARTHOLOMEW, JENNIFER S. | Date: 1/23/2014 |
| Claims Bar Date: | 09/03/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $255,449.44 | $243,777.96 | $0.00 | $0.00 | $0.00 | $243,777.96 |
| Other Professional Expenses (Prior | $90.69 | $90.69 | $0.00 | $0.00 | $0.00 | $90.69 |
| Other Professional Fees (Prior Chap | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| Real Estate - Consensual Liens | $168,832.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $2,246.10 | $2,246.10 | $0.00 | $0.00 | $0.00 | $2,246.10 |
| Trustee Expenses | $62.22 | $62.22 | $0.00 | $0.00 | $0.00 | $62.22 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     12-32902-DSO
Case Name:    JERROLD E. BARTHOLOMEW
              JENNIFER S. BARTHOLOMEW
Trustee Name: Collene K. Corcoran

Balance on hand:     $12,374.70

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | Huntington Natl Bk | $1,671.80 | $0.00 | $0.00 | $0.00 |
| 12 | Bank of America,N.A. | $167,160.33 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $12,374.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Collene K. Corcoran, Trustee Fees | $2,246.10 | $0.00 | $2,246.10 |
| Collene K. Corcoran, Trustee Expenses | $62.22 | $0.00 | $62.22 |

Total to be paid for chapter 7 administrative expenses:     $2,308.32
Remaining balance:     $10,066.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: GUY T. CONTI, Other Professional Fees | $3,000.00 | $0.00 | $3,000.00 |
| Other: GUY T. CONTI, Other Professional Expenses | $90.69 | $0.00 | $90.69 |

Total to be paid to prior chapter administrative expenses:     $3,090.69
Remaining balance:     $6,975.69

**UST Form 101-7-TFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $6,975.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $243,777.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $11,074.39 | $0.00 | $316.88 |
| 3 | BACK BOWL I LLC, SERIES C | $7,013.67 | $0.00 | $200.69 |
| 4 | Access Group Inc | $11,671.48 | $0.00 | $333.98 |
| 5 | ECMC | $103,391.84 | $0.00 | $2,958.55 |
| 6 | American Express Centurion Bank | $1,784.46 | $0.00 | $51.06 |
| 7 | Brazos Student Finance Corporation | $19,966.69 | $0.00 | $571.35 |
| 8 | ECMC | $54,787.33 | $0.00 | $1,567.74 |
| 9 | The Business Doctor CPA PC | $4,650.91 | $0.00 | $133.09 |
| 10 | Portfolio Recovery Associates, LLC | $7,926.73 | $0.00 | $226.82 |
| 11 | Portfolio Recovery Associates, LLC | $3,298.46 | $0.00 | $94.39 |
| 13 | Access Group, Inc. | $0.00 | $0.00 | $0.00 |
| 14 | Robert Shea | $18,212.00 | $0.00 | $521.14 |

| | Total to be paid to timely general unsecured claims: | $6,975.69 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00